DAVID J. MICLEAN (#115098/miclean@fr.com)
KAREN I. BOYD (#189808/boyd@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiffs/Counterclaim Defendants
NEILMED PRODUCTS, INC. AND
KETAN MEHTA, M.D.

SCOTT R. BROWN (CSB# 151635/srb@hoveywilliams.com)
HOVEY WILLIAMS LLP
2405 Grand Boulevard, Suite 400
Kansas City, Missouri 64108-2519
Phone: (816) 474-9050
Fax: (816) 474-9057

Attorneys for Defendant/Counterclaim Plaintiff
B.F. ASCHER & COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NeilMed Products, Inc. and Ketan Mehta, M.D., <br><br>Plaintiffs,<br><br>v.<br><br>B.F. Ascher & Company, Inc., and Does 1 to 100, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 05-CV-5083-SI <br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED and agreed to by and between Plaintiffs/Counterclaim Defendants NeilMed Products, Inc. and Ketan Mehta, M.D. ("Plaintiffs") and Defendant/Counterclaim Plaintiff B.F. Ascher & Co., Inc. ("Ascher"), by and through their

respective counsel of record, that the Case Management Conference currently scheduled for April 21, 2006 be and hereby is continued until May 26, 2006 at 2:00 p.m.

There is good cause for this continuance. Specifically, counsel for NeilMed is unable to attend the conference on April 21, 2006 due to a scheduling conflict. Counsel for both parties were willing to reschedule the Case Management Conference at an earlier date, but May 26, 2006 was the earliest date upon which counsel for the parties and the Court were all available to conduct the conference.

This is the first continuance requested by the parties concerning the case management conference.

**IT IS SO STIPULATED.**

Dated: April 13, 2006           FISH & RICHARDSON P.C.

By: /s/_____
David J. Miclean
Attorneys for Plaintiffs and Counter-Defendants
NEILMED PRODUCTS, INC. AND KETAN
MEHTA, M.D.

Dated: April 13, 2006           HOVEY WILLIAMS LLP

By: /s/_____
Scott R. Brown
Attorneys for Defendant and Counter-Plaintiff
B.F. ASCHER & CO., INC.

///
///
///
///
///
///

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Scott R. Brown.

Dated: April 13, 2006

FISH & RICHARDSON P.C.

By: /s/ _____
David J. Miclean
Attorneys for Plaintiffs and Counter-Defendants
NEILMED PRODUCTS, INC. AND KETAN MEHTA, M.D.

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
Honorable Susan Illston
Judge Of The United States District Court

50341692.doc

3  STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case No. 05-CV-5083-SI