David J. Miclean (#115098/miclean@fr.com)
Karen I. Boyd (#189808/boyd@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiffs/Counterclaim Defendants
NEILMED PRODUCTS, INC. and KETAN MEHTA, M.D.

Scott R. Brown
Cheryl L. Burbach
Catherine B. Richardson
HOVEY WILLIAMS LLP
2405 Grand Boulevard, Suite 400
Kansas City, Missouri 64108-2519
Telephone: (816) 474-9050
Facsimile: (816) 474-9057

Attorneys for Defendant
B.F. ASCHER & COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEILMED PRODUCTS, INC. and KETAN MEHTA, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> B.F. ASCHER & COMPANY, INC. and DOES 1 TO 100, INCLUSIVE, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. C 05- 5083 SI <br><br> **JOINT REQUEST AND [PROPOSED] ORDER TO STAY CALENDAR DATES PENDING SETTLEMENT FINALIZATION** |

The parties to the above-captioned litigation participated in the Court-ordered mediation process on September 6, 2006. In that mediation, the parties reached an agreement in principle, and have been working diligently to finalize the definitive settlement agreement. The parties

1  request that the Court stay all calendar dates, and anticipate filing a stipulated dismissal shortly.
2  The parties request that the pending pre-claim construction Case Management Conference on
3  October 27, 2006 be kept on calendar as a further Case Management Conference, in the event that
4  the case has not been dismissed by that date.

Dated: September 18, 2006					FISH & RICHARDSON P.C.


							By: /s/
							    Karen I. Boyd

							Attorneys for Plaintiffs/Counterclaim
							Defendants
							NEILMED PRODUCTS, INC. AND KETAN
							MEHTA, M.D.

Dated: September 18, 2006					HOVEY WILLIAMS LLP


							By: _____
							    Catherine B. Richardson

							Attorneys for Defendant
							B.F. ASCHER & COMPANY, INC.


**IT IS SO ORDERED.**

DATED: _____
							The Honorable Susan Illston
							United States District Judge

## DECLARATION OF CONSENT

I, Karen I. Boyd, hereby attest:

1. Concurrence in the filing of the following document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document:

**JOINT REQUEST AND [PROPOSED] ORDER TO STAY CALENDAR DATES PENDING SETTLEMENT FINALIZATION**

2. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to General Order 45 of the United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Redwood City, California on September 18, 2006.

Dated: September 18, 2006

FISH & RICHARDSON P.C.

By: /s/
Karen I. Boyd

Attorneys for Plaintiffs/Counterclaim Defendants
NEILMED PRODUCTS, INC. AND KETAN MEHTA, M.D.

50372351.doc