DAVID J. MICLEAN (#115098/miclean@fr.com)
KAREN J. BOYD (#189808/boyd@fr.com)
LISA M. MARTENS (#195824/martens@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiffs/Counterclaim Defendants
NEILMED PRODUCTS, INC. and KETAN MEHTA, M.D.

SCOTT R. BROWN
CHERYL L. BURBACH
CATHERINE B. RICHARDSON
HOVEY WILLIAMS LLP
2405 Grand Boulevard, Suite 400
Kansas City, Missouri 64108-2519
Telephone: (816) 474-9050
Facsimile: (816) 474-9057

Attorneys for Defendant/Counterclaim Plaintiff
B.F. ASCHER & CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEILMED PRODUCTS, INC. and KETAN MEHTA, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> B.F. ASCHER & COMPANY, INC. and DOES 1 TO 100, INCLUSIVE, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. C 05- 5083 SI <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** |

  Pursuant to agreement and stipulation between the parties to the above-entitled lawsuit, the above action (including all claims in the complaint, and any cross-action filed therein), are hereby dismissed with prejudice.

| | | |
|---|---|---|
| 1 | Dated: October 30, 2006 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: /s/ Karen I. Boyd |
| | |     Karen I. Boyd |
| 4 | | Attorneys for Plaintiffs |
| 5 | | NeilMed Products, Inc. and Ketan Mehta, M.D. |
| 6 | | |
| 7 | Dated: October 30, 2006 | HOVEY WILLIAMS |
| 8 | | |
| 9 | | By: /s/ Catherine B. Richardson |
| | |     Catherine B. Richardson |
| 10 | | |
| 11 | | Attorneys for Defendant |
| | | B.F. Ascher & Co., Inc. |

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Catherine B. Richardson.

| | | |
|---|---|---|
| | Dated: October 30, 2006 | FISH & RICHARDSON P.C. |
| | | By: /s/ Karen I. Boyd |
| | |     Karen I. Boyd |
| | | Attorneys for Plaintiffs |
| | | NeilMed Products, Inc. and Ketan Mehta, M.D. |

IT IS SO ORDERED.

Dated: October ___, 2006              _____
                                         Honorable Susan Illston
                                         United States District Court

50380143.doc